■ In the Matter of DIEDRE WYNN, Petitioner, v MONROE COUNTY et al., Respondents. [18 NYS3d 901]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Monroe County [John J. Ark, J.], entered Apr. 24, 2015) to review a determination of respondent New York State Division of Human Rights. The determination dismissed petitioner's complaint.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed for reasons stated in the decision of respondent New York State Division of Human Rights. Present—Centra, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALAN HEMPHILL, Respondent. [18 NYS3d 901]—Appeal from an order of the Supreme Court, Erie County (Christopher J. Burns, J.), dated January 20, 2015. The order granted the motion of defendant to suppress a firearm.

It is hereby ordered that the order so appealed from is unanimously affirmed for reasons stated at Supreme Court and the indictment is dismissed. Present—Centra, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY JACKSON, Appellant. [18 NYS3d 913]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered July 18, 2012. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the second degree (two counts), criminal possession of a controlled substance in the second degree, criminal possession of a weapon in the second degree and conspiracy in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.